

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas St.*
*White Plains, New York 10601*

April 12, 2021

**BY EMAIL**

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    <u>United States v. Darren Jemison, 20-MAG-12407</u>

Dear Judge McCarthy:

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

                          Respectfully submitted,

                          AUDREY STRAUSS
                          United States Attorney for the
                          Southern District of New York

      by:  <u>/s/ T. Josiah Pertz</u>
             T. Josiah Pertz
             Assistant United States Attorney
             (914) 993-1966

SO ORDERED:

*[signature]* 4-12-21
JUDITH C. McCARTHY
United States Magistrate Judge