UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DARREN JEMISON                             Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 Mag 12407

Defendant __DARREN JEMISON__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Darren Jemison__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Ben Gold__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/16/2021
Date

__Judith C. McCarthy__
U.S. District Judge/U.S. Magistrate Judge